# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNICE PRYOR,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 18-920 (JDB)(GMH) |

## ORDER

Upon consideration of [13] the thorough Report and Recommendation from Magistrate Judge G. Michael Harvey dated September 18, 2018, the absence of any objections thereto, and the entire record herein, it is hereby

**ORDERED** that the Report and Recommendation dated September 18, 2018, is adopted in full; it is further

**ORDERED** that [9] plaintiff's motion for attorney's fees is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiff be awarded a total of $60,005.73 in fees and costs; and it is further

**ORDERED** that judgment be entered accordingly.

**SO ORDERED**.

                                                                  /s/
                                          JOHN D. BATES
                                  United States District Judge

Dated: October 3, 2018